1914.) Action by James B. Morrison against George F. Burchell.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce the verdict to the sum of $100, in which event the judgment, as so modified, and the order, are unanimously affirmed, without costs.

---

MORRON v. BRYCE et al. (Supreme Court, Appellate Division, Second Department. May 19, 1914.) Action by John R. Morron against Edith Cooper Bryce and others.

PER CURIAM. Motion granted. See, also, 147 N. Y. Supp. 931.

JENKS, P. J., takes no part.

---

MT. VERNON TRUST CO. et al., Respondents, v. PENFIELD et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 11, 1914.) Action by the Mt. Vernon Trust Company and others against James T. Penfield and others. No opinion. Motion denied, without costs.

---

MT. VERNON TRUST CO. et al. v. PENFIELD et al. (Supreme Court, Appellate Division, Second Department. June 11, 1914.) Action by the Mt. Vernon Trust Company and another against James T. Penfield, individually, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

MROZ, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Marie Mroz against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

---

MURPHY, Appellant, v. MURPHY, Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Mary Murphy against Patrick Murphy. No opinion. Judgment affirmed, without costs.

---

MURPHY, Appellant, v. YONKERS SAVINGS BANK et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Denis J. Murphy, an infant, by Denis Murphy, his guardian ad litem, against the Yonkers Savings Bank and another. No opinion. Judgment affirmed, with costs. See, also, 161 App. Div. 949, 146 N. Y. Supp. 1102.

---

In re M. & J. CONST. CO. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) In the matter of the application of the M. & J. Construction Company to have a certain mechanic's lien discharged of record, in which Isidor Weisman, lienor, appeals. No opinion. Order affirmed, without costs.

---

NASSAU COTTAGE & REALTY CO., Appellant, v. ESTATES OF LONG BEACH, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by the Nassau Cottage & Realty Company against the Estates of Long Beach. No opinion. Judgment affirmed, with costs.

---

NATIONAL ANILINE & CHEMICAL CO., Respondent, v. LEERBURGER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the National Aniline & Chemical Company against Henry Leerburger and another. E. V. Abbot, of New York City, for appellants. J. A. Beha, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

NELSON, Appellant, v. CONNOR, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Charles M. Nelson, an infant, by Charles J. Nelson, his guardian ad litem, against Benjamin F. Connor. No opinion. Motion denied, on condition that appellant serve his proposed case on appeal by July 3, 1914, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

NELSON, Respondent, v. J. L. WHITING & J. J. ADAMS CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by John Nelson against the J. L. Whiting & J. J. Adams Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

In re NETTLES. (Supreme Court, Appellate Division Second Department. June 19, 1914.) In the matter of the application of Clarence S. Nettles for admission to the bar. No opinion. Application granted.

---

NEW et al. v. BURNETT et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Katherine T. New and another against Anna M. Burnett and another. No opinion. Motion denied. Order filed.

---

NEW YORK CENT. & H. R. R. CO. v. ANDREANO et al. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by the New York Central & Hudson River Railroad against Nellie Andreano and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

NEW YORK CENT. & H. R. R. CO. v. FERRARI et al. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by the New York Central & Hudson River Railroad Company against Domenico Ferrari and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.